## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JILL OLMSTED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cv-03095 |
| | ) | |
| THE ILLINOIS INSTITUTE OF ART – SCHAUMBURG, INC., THE ILLINOIS INSTITUTE OF ART – SCHAUMBURG, LLC, EDUCATION MANAGEMENT LLC, and DREAM CENTER EDUCATION HOLDINGS, LLC, | ) ) ) ) ) ) ) | Honorable Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |

**DEFENDANT THE ILLINOIS INSTITUTE OF ART AT SCHAUMBURG, LLC'S
MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT**

Defendant The Illinois Institute Of Art - Schaumburg, Inc. ("IIAS, LLC"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6), requests that Count II of Plaintiff Jill Olmsted's ("Plaintiff" or "Olmstead") Complaint be dismissed as to Defendant IIAS, LLC. In support of this Motion, Defendant IIAS, LLC states as follows:

1. On May 1, 2018, Plaintiff filed a two-count Complaint against her former employer, The Illinois Institute of Art – Schaumburg, Inc. ("IIAS, Inc."), and various other entities, including Defendant IIAS, LLC, seeking relief related to the termination of her employment. Count I of the Complaint alleges that IIAS, Inc. terminated Plaintiff's employment in violation of Title VII of the Civil Rights Act of 1991 ("Title VII"), whereas, Count II alleges that IIAS, Inc. subjected Plaintiff to a retaliatory discharge under Illinois common law.

2. In Count II, the Complaint alleges that IIAS, LLC is liable for IIAS, Inc.'s actions under the theory of successor liability.

3. The Court should dismiss Count II of Plaintiff's Complaint (Retaliatory Discharge) as to Defendant IIAS, LLC under Rule 12(b)(6) because it fails to allege facts sufficient to support a claim for successor liability under Illinois law. Specifically, Plaintiff has not plead all any of the exceptions to the general rule in Illinois that a successor corporation is not liable for the torts of a predecessor corporation.

WHEREFORE, for all of the foregoing reasons, as well as those set forth in Defendant IIAS, LLC's accompanying memorandum of law, filed herewith, the Court should dismiss Count II of Plaintiff's Complaint with prejudice as to Defendant IIAS, LLC, and grant all other relief that the Court deems appropriate.

Dated: June 15, 2018

Respectfully submitted,

By: s/Kevin S. Simon
Kevin S. Simon
Scott C. Fanning
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
ksimon@fisherphillips.com
sfanning@fisherphillips.com

*Attorneys for Defendant Illinois Institute of Art at Schaumburg, LLC*

# CERTIFICATE OF SERVICE

     I certify that the foregoing Defendant IIAS, LLC's Motion To Dismiss Count II Of Plaintiff's Complaint was filed via the Court's ECF notification system on June 15, 2018, which will send electronic notice to all counsel of record.

Dated: June 15, 2018                          Respectfully submitted,

By:     s/Kevin S. Simon
         Kevin S. Simon
         Scott C. Fanning
         **FISHER & PHILLIPS LLP**
         10 South Wacker Drive, Suite 3450
         Chicago, Illinois 60606
         (312) 346-8061 Phone
         (312) 346-3179 Facsimile
         ksimon@fisherphillips.com
         sfanning@fisherphillips.com

         *Attorneys for Defendant Illinois Institute of Art at Schaumburg, LLC*