IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JILL OLMSTED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:18-cv-03095 |
| | ) |
| THE ILLINOIS INSTITUTE OF ART – SCHAUMBURG, INC., THE ILLINOIS INSTITUTE OF ART – SCHAUMBURG, LLC, EDUCATION MANAGEMENT LLC, and DREAM CENTER EDUCATION HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT THE ILLINOIS INSTITUTE OF ART AT SCHAUMBURG, LLC'S
<u>MOTION TO STAY PROCEEDINGS</u>**

Defendant The Illinois Institute of Art at Schaumburg, LLC ("IIAS, LLC"), by and through its attorneys, requests that the Court enter an order staying the case in light of the bankruptcy filing of Defendants Education Management LLC ("EDMC") and The Illinois Institute of Art-Schaumburg, Inc. ("IIAS, Inc.") (collectively "Debtors"). In support of this Motion, Defendant IIAS, LLC states as follows:

1. In the Complaint, Plaintiff alleges that IIAS, Inc. terminated her employment due to her gender in violation of Title VII of the Civil Rights Act of 1991 ("Title VII") (Count I) and the Illinois common law for reporting purportedly unlawful activity unrelated to her gender discrimination claims (Count II). [D. 1, ¶¶ 1-3]. Plaintiff further alleges that IIAS, LLC is liable for IIAS, Inc.'s actions under the federal and state doctrines of successor liability because it continued IIAS, Inc,'s operations nearly two years after her termination. [D. 1 ¶¶ 5-6,12-16].

1

2. On July 2, 2018, Defendants EDMC and IIAS, Inc. filed a Notice of Filing of Bankruptcy Petition with this Court. [D. 44].

3. Defendants EDMC and IIAS, Inc.'s bankruptcy filing triggered the automatic stay provisions of 11 U.S.C. § 362. The automatic stay extends to Plaintiff's claims against IIAS, LLC because allowing such a claim to proceed would result in significant harm to the Debtors and the bankruptcy estate.

4. Moreover, even if the Court finds that the automatic bankruptcy stay does not apply to Plaintiff's claims against IIAS, LLC, this Court should still stay this matter pursuant to its inherent powers to control its docket because the waste of judicial resources and prejudice to IIAS, LLC if a stay is not granted, substantially outweigh any prejudice to Plaintiff if the stay is granted.

WHEREFORE, for all of the foregoing reasons, as well as those set forth in Defendant IIAS, LLC's accompanying memorandum of law, filed herewith, the Court should stay Plaintiff's Complaint while the automatic bankruptcy stay with respect to Defendants EDMC's and IIAS, Inc.'s bankruptcy petitions remains in effect, and grant all other relief that the Court deems appropriate.

Dated: July 27, 2018

Respectfully submitted,

By: s/Kevin S. Simon
Kevin S. Simon
Scott C. Fanning
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
ksimon@fisherphillips.com
sfanning@fisherphillips.com

*Attorneys for Defendant Illinois Institute of Art at Schaumburg, LLC*

## CERTIFICATE OF SERVICE

      I certify that the foregoing Defendant IIAS, LLC's Motion to Stay Plaintiff's Complaint was filed via the Court's ECF notification system on June 27, 2018, which will send electronic notice to all counsel of record.

Dated: July 27, 2018                            Respectfully submitted,

                                   By:     s/Kevin S. Simon
                                                 Kevin S. Simon
                                                 Scott C. Fanning
                                                 **FISHER & PHILLIPS LLP**
                                                 10 South Wacker Drive, Suite 3450
                                                 Chicago, Illinois 60606
                                                 (312) 346-8061 Phone
                                                 (312) 346-3179 Facsimile
                                                 ksimon@fisherphillips.com
                                                 sfanning@fisherphillips.com

                                                 *Attorneys for Defendant Illinois Institute of Art at Schaumburg, LLC*